*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

**IVAN FICKEN,** individually, and as
father of and best friend of and on
behalf of C. I., a minor child, both
having an address of: Blvd. Uverturii,
Nr. 6, Bloc C1, Ap. 93 Sector 6,
Bucharest, ROMANIA. (No Home
Telephone), E-mail Address:
altruistic10@yahoo.com
            Plaintiff(s),

            vs.                                    **Civil Case No.  04-1132(RMU)**

**COLIN L. POWELL,** Secretary,
United States Department of State,
an Agency of the United States
Government, 2201 C Street, NW,
Washington, DC 20520

**ACT**
500 ACT Drive
P.O. Box 168
Iowa City, IA 52243-0168

**ARNOLD BIEBER,** Director of and
Board of Directors of , and AMERICA
INTERNATIONAL SCHOOL OF
BUCHAREST,
            Defendant(s).

## NOTICE REGARDING BULKY EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the

previous Order of the Court, this Notice serves as notification that an Designation

of Record has been filed in paper form in a the Clerk's Office.  It is available for public viewing

and copying between the  hours of 9:00 a.m. and  4:00 p.m., Monday through Friday.


            **NANCY MAYER-WHITTINGTON**

                    Clerk